IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TODD JOHNSON,

        Plaintiff,

        v.

MADISON METROPOLITAN SCHOOL
DISTRICT,

        Defendant.

SPECIAL VERDICT
DAMAGES

23-cv-502-wmc

---

We, the jury, for our special verdict, do find as follows:

**Question No. 1**

What sum of money, if any, has plaintiff Todd Johnson proven he should receive for compensatory damages caused by MMSD's wrongful termination?

$ __5,500.00__

*If you find that plaintiff has failed to prove compensatory damages, then you must award nominal damages of $1.00. Regardless of your answer to Question 1, answer Question 2.*

**Question No. 2**

Did defendant MMSD prove that plaintiff failed to take reasonable actions to limit or reduce his damages?

Yes or No: __NO__

*You have reached the end of the verdict form.*

JENNIFER CASILLAS

Presiding Juror

Madison, Wisconsin

Date: 12 MAY 2025